

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

November 14, 2022

**BY ECF:**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

      Re:    USA v. Damion Clarke,
              Case No.: 04 CR 1075- 001 (KMK)
              <u>Letter Regarding Family Visit at Sentencing</u>

Dear Judge Karas:

Please be advised that I represent **Damion Clarke**.

I submit this letter in advance of sentencing, which is scheduled for <u>November 15, 2022 at</u>, requesting that Mr. Clarke be allowed to visit with his family who are traveling from Florida to be present at his sentencing hearing prior to, or after, his sentencing hearing at the courthouse.

His family had scheduled a visit with him at Westchester County Department of Corrections for 11:30 a.m; however, the staff at Westchester County Department of Corrections has said that Mr. Clarke will be transported prior to the scheduled time of the visit. The family members are returning to Florida tomorrow evening, so the window for Mr. Clarke to have any time to visit with them is extremely limited.

I spoke with AUSA Arroyo who advised that her office has no objection to the requested relief.

My apologies for submitting this request last minute. If there is any additional information you need please do not hesitate to me at (347) 292-8633 or at ts@spodeklawgroup.com

Hon. Kenneth M. Karas, United States District Judge
Page 2 of 2

Case 7:04-cr-01075-KMK   Document 28   Filed 11/14/22   Page 2 of 2
Case 7:04-cr-01075-KMK   Document 29   Filed 11/15/22   Page 2 of 2

Thank you for your attention and consideration to this matter.

Sincerely,

**Spodek Law Group P.C.**

**/s/ Todd A. Spodek**

Todd A. Spodek

TS/sj
Encls.

cc: Kaiya Arroyo, Assistant United States Attorney (By ECF.)

This application is best made to the US Marshals Service, as it is responsible for the safe transport of all individuals to and from the Court. The Court normally defers to the Marshals Service, because the Court is unaware of the staffing of the Marshals Service or the other demands on it based on proceedings in front of other judges on any given day.

So Ordered.

11/14/22